No. 227. ILLINOIS COAL CORP'N *v.* AMERICAN MINE EQUIPMENT CO. ET AL.; and
No. 228. SAME *v.* SAME. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. S. O. Levinson* and

*Benjamin V. Becker* for petitioner. *Messrs. Silas H. Strawn, Lawrence T. Allen, Bertram F. Shipman, Gilbert E. Porter,* and *Edward K. Hanlon* for respondents. ▪

